[Nos. 12021-0-III; 12022-8-III. Division Three. December 30, 1993.]

*In the Matter of* A.L.,
ET AL.

ANTOINETTE G., *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Spokane County, Nos. 90-7-00452-2, 90-7-00451-4, Thomas E. Merryman, J., entered September 10, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, J., and Wardell, J. Pro Tem.

[No. 12491-6-III. Division Three. December 30, 1993.]

SEATTLE-FIRST NATIONAL BANK, *Respondent*, v. KENNETH R.
LEITHEAD, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 87-2-00193-6, Fred L. Stewart, J., entered May 15, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Friel, J. Pro Tem.

[No. 12090-2-III. Division Three. December 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHRYN A.
SHUMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 91-1-00078-5, Michael E. Cooper, J., entered November 13, 1991. *Affirmed* by unpublished opinion per Staples, J. Pro Tem., concurred in by Thompson, C.J., and Munson, J.